**Order entered March 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00169-CV

### TOM BENSON, D/B/A LOW PRICE BAIL BONDS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-14-R0012-D**

## ORDER

The Court has reviewed the clerk's record in this case and has determined that it is incomplete. This is an appeal of an order of the county court dismissing an appeal from a bond forfeiture determination of the Richardson municipal court, which is a municipal court of record. The case was transferred to County Criminal Court of Appeals No. 1 from County Court at Law No. 1. In entering its order of dismissal, County Criminal Court of Appeals No. 1 appears to have had before it the record from the Richardson municipal court in cause number MC-14-R0012-D and other pleadings originally filed in County Court at Law No. 1 in cause number CC-13-04944-A that were not included in the record in the case when it was transferred from County Court at Law No. 1. These portions of the record, that were before County Criminal Court of Appeals No. 1 when it made its determination, are necessary to this Court's resolution of the

appeal. Accordingly, the Court orders John F. Warren, Dallas County Clerk, to file **WITHIN five (5) days of the date of this order,** a supplemental clerk's record in this case including the record from the Richardson municipal court in cause number MC-14-R0012-D and all other pleadings originally filed in County Court at Law No. 1 in cause number CC-13-04944-A.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE